Motion by Laurence H. Tribe for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge STEIN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NONHUMAN RIGHTS PROJECT, INC., on Behalf of TOMMY, Appellant, v PATRICK C. LAVERY, Individually and as an Officer of Circle L Trailer Sales, Inc., et al., Respondents.

Submitted June 15, 2015; decided September 1, 2015

Motion by the Center for Constitutional Rights for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge STEIN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DARREN WILLIAMS, Appellant, v CHARLES KELLY, JR., Respondent.

Submitted June 15, 2015; decided September 1, 2015

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

In the Matter of CHARLES T. RAWLEY, Respondent, v JESSICA GRAHAM, Appellant.

Submitted June 15, 2015; decided September 1, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of CHARLES T. RAWLEY, Respondent, v JESSICA GRAHAM, Appellant.

Submitted June 22, 2015; decided September 1, 2015

Motions for leave to appeal dismissed upon the ground that they do not lie. Motions for poor person relief dismissed as academic.

RAFIA AHMED, Individually and as Executrix of NAFIS AHMED, Deceased, Appellant, v JOHN PANNONE, M.D., et al., Respondents, et al., Defendant.

Submitted August 3, 2015; decided September 3, 2015

Motion for reargument of motion for leave to appeal denied [see 25 NY3d 964 (2015)].

SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.

Submitted June 22, 2015; decided September 3, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of the Claim of RENEA E. AUSSICKER, Respondent. PARK RIDE FLY USA, Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted July 13, 2015; decided September 3, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

MARY BEEBE et al., Appellants, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Defendant, and ASSOCIATES FOR WOMEN'S MEDICINE, PLLC, et al., Respondents.

Submitted July 6, 2015; decided September 3, 2015